# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TASSEY, et al.,<br><br>　　　　　Defendants. | 1:13cv00919 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Document 9) |

　　　　Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this this civil action.  On June 20, 2013, Plaintiff filed a Motion for Injunctive Relief. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 8, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion be denied.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days.  Plaintiff filed objections on August 8, 2013.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's

objections, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

In the Findings and Recommendations, the Court found that Plaintiff was not entitled to injunctive relief because there was no operative complaint, and because Plaintiff supported his request with only vague, unsubstantiated claims.  Plaintiff's objections fail to provide any specific factual information.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 8, 2013, are ADOPTED in full; and
2. Plaintiff's Motion for Injunctive Relief (Document 8) is DENIED.

IT IS SO ORDERED.

Dated:   **August 27, 2013**                   **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE