UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>             Plaintiff,<br><br>        v.<br><br>TASSEY, et al.,<br><br>             Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS<br>(Documents 14, 16 and 17)<br><br>ORDER DIRECTING CLERK TO SEAL DOCUMENTS 1 AND 15 |

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed his Complaint on June 17, 2013.  The Court dismissed the Complaint with leave to amend, and Plaintiff filed a First Amended Complaint on August 8, 2013.

By separate order, Court found cognizable First and Eighth Amendment claims against certain Defendants.  Plaintiff was ordered to file an amended complaint to cure the deficiencies, or notify the Court of his willingness to proceed only on the cognizable claims.  Plaintiff has not yet responded to the order.

On August 8 and 26, 2013, Plaintiff filed motions to seal his June 17, 2013, Complaint and the August 8, 2013, First Amended Complaint pursuant to Local Rule 141.  Plaintiff, who alleges various causes of action based on safety concerns related to his gang status, contends that his original

1

Complaint contained identifying information and statements that are placing his life in danger. He states that inmates are trying to access his complaints and attached exhibits.

Filings in cases such as this are a matter of public record absent compelling justification. <u>United States v. Stoterau</u>, 524 F.3d 988, 1012 (9th Cir. 2008). However, given the nature of Plaintiff's allegations and the detailed information contained in his complaints and exhibits, the Court GRANTS Plaintiff's request to seal (1) the June 17, 2013, Complaint and exhibits; and (2) the August 8, 2013, First Amended Complaint and exhibits.

The Clerk of Court is DIRECTED to SEAL Documents 1 and 15.

IT IS SO ORDERED.

Dated: **September 2, 2013**        /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE