# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>             Plaintiff,<br><br>     vs.<br><br>TASSEY, et al.,<br><br>             Defendants. | ) 1:13cv00919 LJO DLB PC<br>)<br>)<br>) ORDER ADOPTING FINDINGS<br>) AND RECOMMENDATIONS AND<br>) DENYING PLAINTIFF'S MOTION FOR<br>) INJUNCTIVE RELIEF AND MOTION FOR<br>) PROTECTIVE ORDER<br>)<br>) (Documents 22 and 23) |

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this this civil action. On September 11, 2013, Plaintiff filed a Motion for Injunctive Relief. On September 16, 2013, he filed a Motion for Protective Order. The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 20, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motions be denied. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days. Plaintiff filed objections on October 15, 2013.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 20, 2013, are ADOPTED in full;
2. Plaintiff's Motion for Injunctive Relief (Document 22) is DENIED; and
3. Plaintiff's Motion for Protective Order (Document 23) is DENIED.

IT IS SO ORDERED.

Dated:   **November 4, 2013**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE