# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GIPSON, et al.,<br><br>        Defendants. | 1:13cv00919 LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO REMOVE DEFENDANT FROM CAPTION<br><br>(Document 38) |

    Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this this civil action. Plaintiff filed this action on June 17, 2013. On August 8, 2013, Plaintiff filed a First Amended Complaint. This action is proceeding on the following claims: (1) retaliation in violation of the First Amendment against Defendants Gipson and Espinosa; and (2) violation of the Eighth Amendment against Defendants Gipson, Espinosa, Lambert and Cavazos.

    Plaintiff returned service documents and the United States Marshall was directed to serve Defendants Gipson, Espinosa, Lambert and Cavazos on October 11, 2013.

    On November 6, 2013, Plaintiff filed a motion requesting that Delorise Tassey be removed from the caption of the complaint. Though Defendant Tassey was named as a

1

defendant in the original complaint, Plaintiff did not include her in his amended complaint and therefore she is no longer a defendant in this action.

Accordingly, Plaintiff's motion is GRANTED.  The Clerk is DIRECTED to indicate on the docket that Defendant Tassey has been terminated from this action.

IT IS SO ORDERED.

Dated:   **November 21, 2013**                    /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE