# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>          Plaintiff,<br><br>   vs.<br><br>GIPSON, et al.,<br><br>          Defendants. | 1:13cv00919 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR DOCUMENTS<br><br>(Document 36) |

    Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this this civil action. Plaintiff filed this action on June 17, 2013. On August 8, 2013, Plaintiff filed a First Amended Complaint. This action is proceeding on the following claims: (1) retaliation in violation of the First Amendment against Defendants Gipson and Espinosa; and (2) violation of the Eighth Amendment against Defendants Gipson, Espinosa, Lambert and Cavazos.

    Plaintiff returned service documents and the United States Marshall was directed to serve Defendants Gipson, Espinosa, Lambert and Cavazos on October 11, 2013.

    On November 4, 2013, Plaintiff filed a motion in which he requests that the Court provide him with copies of his complaints and various orders so that he can submit them to the Kings County Superior Court. Plaintiff states that he does not have his property or photocopying

1

services, and that he needs the documents to support a request to seal in the Kings County Superior Court.

    Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

    To request a copies of the documents at issue, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.  Plaintiff is advised that in the future, he should keep a copy of any document he submits to the Court.

    Based on the foregoing, this request shall be DENIED.

IT IS SO ORDERED.

Dated: **December 4, 2013**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE