UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>        Plaintiff,<br><br>    v.<br><br>TASSEY, et al.,<br><br>        Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT (Document 48)<br><br>ORDER DIRECTING CLERK TO FILE OBJECTIONS UNDER SEAL |

     Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

     Plaintiff returned service documents and the United States Marshall was directed to serve Defendants Gipson, Espinosa, Lambert and Cavazos on October 11, 2013.

     On December 4, 2013, the Court issued Findings and Recommendations that Plaintiff's November 6, 2013, motion for protective order be denied.

1

1 | On December 16, 2013, Plaintiff filed a request that his objections be filed under seal.

Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). Here, Plaintiff contends that the objections and exhibits should be sealed because they contain confidential information. He also believes that the disclosure of the information could place him in imminent danger.

Plaintiff's request is GRANTED. The objections SHALL be FILED UNDER SEAL.

IT IS SO ORDERED.

Dated:   **December 26, 2013**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

2