# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>            Plaintiff,<br><br>       vs.<br><br>GIPSON, et al.,<br><br>            Defendants. | ) 1:13cv00919 LJO DLB PC<br>)<br>)<br>) ORDER DISREGARDING PLAINTIFF'S<br>) DOCUMENT ENTITLED "CHANGED<br>) PLEADING"<br>)<br>) (Document 49)<br>)<br>) |

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this this civil action. Plaintiff filed this action on June 17, 2013. On August 8, 2013, Plaintiff filed a First Amended Complaint. This action is proceeding on the following claims: (1) retaliation in violation of the First Amendment against Defendants Gipson and Espinosa; and (2) violation of the Eighth Amendment against Defendants Gipson, Espinosa, Lambert and Cavazos.

Plaintiff returned service documents and the United States Marshall was directed to serve Defendants Gipson, Espinosa, Lambert and Cavazos on October 11, 2013.

On December 23, 2013, Plaintiff filed a document entitled, "Changed Pleading." Plaintiff refers to his numerous motions for injunctive relief, but it is unclear whether this pleading is a motion. It is also unclear what document Plaintiff is attempting to "change."

1

Accordingly, Plaintiff's "Changed Pleading" is DISREGARDED.

IT IS SO ORDERED.

Dated:   **December 26, 2013**                         /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE