UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TASSEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS<br>(Document 58)<br><br>ORDER DIRECTING CLERK TO SEAL DOCUMENTS 49 and 50 |

　　　Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

　　　Plaintiff returned service documents and the United States Marshall was directed to serve Defendants Gipson, Espinosa, Lambert and Cavazos on October 11, 2013.

　　　On December 23, 2013, Plaintiff filed two documents that he characterizes as supplemental pleadings. On January 2, 2014, the Court denied his request to file an amended pleading without prejudice.

1

1  On January 2, 2014, the Court received Plaintiff's request that the two December 23, 2013,
2 documents be filed under seal.
3  Filings in cases such as this are a matter of public record absent compelling justification.
4 United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008).  Here, Plaintiff contends that the facts
5 included in the pleadings could place him in imminent danger.
6  Plaintiff's request is GRANTED.  Documents 49 and 50 SHALL BE SEALED.
7
8 IT IS SO ORDERED.
9
   Dated:   **January 8, 2014**                          /s/ Dennis L. Beck
10                                              UNITED STATES MAGISTRATE JUDGE