1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TASSEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER GRANTING DEFENDANTS'<br>REQUEST TO SEAL DOCUMENT<br>(Document 63-1)<br><br>ORDER DIRECTING CLERK TO SEAL<br>DOCUMENT 63<br><br>ORDER DIRECTING DEFENDANTS TO FILE<br>REDACTED VERSION |

　　　　Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

　　　　On January 27, 2014, Defendants filed a Motion to Dismiss and requested that it be filed under seal since the First Amended Complaint has been filed under seal.

1

Filings in cases such as this are a matter of public record absent compelling justification. <u>United States v. Stoterau</u>, 524 F.3d 988, 1012 (9th Cir. 2008). Defendants are correct that the original complaint and the First Amended Complaint are under seal. In their Motion to Dismiss, Defendants summarize the allegations in the First Amended Complaint and the Court therefore finds that it should be filed under seal. However, it is not necessary to seal the entire document.

Accordingly, Defendants' request to seal the Motion to Dismiss is GRANTED and the Clerk of Court SHALL SEAL Document 63, filed on January 27, 2014.

Defendants are ORDERED to file a redacted version of the Motion to Dismiss, with the "Summary of Allegations" portion redacted, within ten (10) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 3, 2014**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE