UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA, | Case No.: 1:13cv00919 DLB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT |
| v. | (Document 69) |
| TASSEY, et al., | |
| Defendants. | |

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

On January 27, 2014, Defendants filed a Motion to Dismiss. The motion has been filed under seal.

On February 28, 2014, Plaintiff requested that his opposition be filed under seal.

Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). In this action, the original complaint

and the First Amended Complaint are under seal.  Defendants' Motion to Dismiss is also filed under seal.

      Accordingly, the Court GRANTS Plaintiff's motion to file his opposition under seal.

IT IS SO ORDERED.

Dated:   **March 6, 2014**　　　　　　　　　　/s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE