UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIPSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SEAL OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Document 73) |

　　　　Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

　　　　On February 14, 2014, the Court issued Findings and Recommendation to strike Plaintiff's Motion for Sanctions.

　　　　On March 13, 2014, Plaintiff filed a request to seal his objections.

　　　　Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). While numerous documents in this

action have been sealed, Plaintiff has come to expect that *every* document in this action will be sealed. In this request, he provides no compelling justification as to why the objections should be sealed. The objections do not contain any information that would support sealing.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **March 20, 2014**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE