UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TASSEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT<br>(Document 95) |

　　　　Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

　　　　On August 14, 2014, Plaintiff filed a request that his motion for appointment of counsel be filed under seal. Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). In this action, the original complaint and the First Amended Complaint are sealed. Numerous additional filings that set forth

1

allegations in the First Amended Complaint have also been sealed. Plaintiff's motion for counsel references his allegations and therefore his request to seal is GRANTED.

IT IS SO ORDERED.

    Dated: __**August 22, 2014**__                  /s/ *Dennis L. Beck*
                                                                     UNITED STATES MAGISTRATE JUDGE