UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>        Plaintiff,<br><br>    v.<br><br>GIPSON, et al.,<br><br>        Defendants. | Case No.: 1:13cv00919 LJO DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDER TO CONDUCT DISCOVERY<br><br>(Document 102) |

      Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

      The action is currently in discovery.

      On September 3, 2014, Plaintiff filed a motion requesting a Court order permitting him to locate and correspond with certain inmates. The motion is sealed.

      Defendants did not file an opposition and the motion is deemed suitable for decision pursuant to Local Rule 230(l).

1

**DISCUSSION**

Plaintiff requests a Court order permitting him to locate and correspond with seven inmates. According to Plaintiff, these inmates have information relevant to his claims, and he seeks to "collect evidence, affidavits and statements for potential testimony." Mot. 1. Plaintiff states that prison officials are evading his requests for information and have transferred these inmates. He asks that he be able to "correspond confidentially through legal mail." Mot. 1.

The Court does not have authority to order prison officials to take any action, including ordering them to allow Plaintiff to locate and communicate with other inmates. This is especially true in situations where communication may impact institutional safety and security.

Accordingly, Plaintiff's request is DENIED. Plaintiff may utilize the discovery procedures allowed under the Federal Rules of Civil Procedure in attempting to obtain the information he seeks.

IT IS SO ORDERED.

   Dated:   **October 15, 2014**            /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE