1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10

11  DAVID ESTRADA,                         )  Case No.: 1:13cv00919 DLB (PC)
                                           )
12              Plaintiff,                 )  ORDER GRANTING PLAINTIFF'S
                                           )  REQUEST TO SEAL DOCUMENT
13      v.                                 )
                                           )  (Document 114)
14  GIPSON, et al.,                        )
                                           )
15              Defendants.                )
                                           )
16  _____  )

17      Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis
18  in this civil rights action.  Plaintiff filed his First Amended Complaint on August 7, 2013.  Pursuant to
19  the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims,
20  this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the
21  First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the
22  Eighth Amendment.
23      The action is currently in discovery.
24      On November 14, 2014, Plaintiff filed a request that his motion to compel be filed under seal.
25      Filings in cases such as this are a matter of public record absent compelling justification.
26  United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008).  In this action, the original complaint
27
28
                                           1

and the First Amended Complaint are sealed.  Numerous additional filings that set forth allegations in the First Amended Complaint and/or contain names of specific inmates have also been sealed.

Plaintiff's motion to compel seeks information related to his allegations in the First Amended Complaint.  Out of an abundance of caution, the Court GRANTS Plaintiff's request and ORDERS that the motion to compel be filed under seal.

IT IS SO ORDERED.

Dated:  **November 20, 2014**        /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE