UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA, | Case No.: 1:13cv00919 DLB (PC) |
|       Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST TO SEAL DOCUMENT |
|    v. | |
| GIPSON, et al., | (Document 113) |
|       Defendants. | |

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

The action is currently in discovery.

On November 14, 2014, Plaintiff filed a request that his motion seeking "court ordered telephone access which is protected from monitoring" be filed under seal.

Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). In this action, the original complaint

1

and the First Amended Complaint are sealed.  Numerous additional filings that set forth allegations in the First Amended Complaint and/or contain names of specific inmates have also been sealed.

Plaintiff's current motion, however, does not refer to his gang-related allegations in the FAC and does not name any specific inmates and/or individuals.  Instead, the motion relates to Plaintiff's general fears of retaliation against his family.  As there is no compelling justification to seal his motion, his request to seal is DENIED.

IT IS SO ORDERED.

Dated:   **November 20, 2014**              /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE