1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVID ESTRADA,                          )    Case No.: 1:13cv00919 DLB (PC)
                                             )
12              Plaintiff,                   )    ORDER DENYING PLAINTIFF'S
                                             )    REQUEST TO SEAL DOCUMENT
13         v.                                )
                                             )    (Document 121)
14   GIPSON, et al.,                         )
                                             )
15              Defendants.                  )
                                             )
16   _____ )

17         Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

18   in this civil rights action.  Plaintiff filed his First Amended Complaint on August 7, 2013.  Pursuant to

19   the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims,

20   this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the

21   First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the

22   Eighth Amendment.

23         The action is currently in discovery.

24         On November 20, 2014, Plaintiff filed a request that his motion to compel Defendants Gipson

25   and Cavazos to provide further responses to interrogatories be filed under seal.

26         Filings in cases such as this are a matter of public record absent compelling justification.

27   United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008).  In this action, the original complaint

28

                                                    1

1    and the First Amended Complaint are sealed.  Numerous additional filings that set forth allegations in

2    the First Amended Complaint and/or contain names of specific inmates have also been sealed.

3           The Court has reviewed the motion to compel and finds that it does not contain specific,

4    sensitive information that would warrant sealing.  Accordingly, his request is DENIED.

5           The Court notes that Plaintiff also submitted a motion to compel related to other parties, and in

6    the caption, he requests that the document be filed under seal.  Plaintiff did not, however, submit a

7    motion to seal the document.  In any event, the Court has reviewed the motion and it does not warrant

8    sealing.

9

10

11   IT IS SO ORDERED.

12        Dated:    **December 1, 2014**                          /s/ *Dennis L. Beck*

13                                                       UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28