UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>              Plaintiff,<br><br>     v.<br><br>GIPSON, et al.,<br><br>              Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS<br><br>(Document 122) |

   Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

   The action is currently in discovery.

   On November 24, 2014, Plaintiff filed a request that Exhibits 1 and 2 of his motion to compel F. Savermilch and S. Gonzalez to produce documents for inspection be filed under seal.

   Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). In this action, the original complaint

and the First Amended Complaint are sealed.  Numerous additional filings that set forth allegations in the First Amended Complaint and/or contain names of specific inmates have also been sealed.

      The Court has reviewed the exhibits to the motion to compel and finds that they do not contain specific, sensitive information that would warrant sealing.  Accordingly, his request is DENIED.

IT IS SO ORDERED.

   Dated:   **December 1, 2014**                  /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE