UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>            Plaintiff,<br><br>     v.<br><br>GIPSON, et al.,<br><br>            Defendants. | Case No.: 1:13cv00919 LJO DLB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SETTLMENT CONFERENCE<br><br>(Document 129) |

      Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed his First Amended Complaint on August 7, 2013.  Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

      Discovery closed on December 15, 2014, though there are numerous unopposed motions to compel pending.

1

On December 8, 2014, Plaintiff filed a motion for a Court-ordered settlement.

The Court will not order a settlement conference unless both parties agree that such a conference would be beneficial.  Therefore, the Court ORDERS Defendants to respond to Plaintiff's motion within fourteen (14) days by informing the Court whether they believe a settlement conference would be beneficial.

IT IS SO ORDERED.

Dated: __**December 15, 2014**__              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

2