# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DAVID ESTRADA,

                Plaintiff,

       v.

GIPSON, et al.,

                Defendants.

            )
            )
            )
            )
            )
            )
            )
            )
            )
            )

Case No.: 1:13cv00919 LJO DLB (PC)

ORDER DENYING PLAINTIFF'S
MOTION TO WITHDRAW AS MOOT

(Document 140)

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed his First Amended Complaint on August 7, 2013.  Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

Discovery closed on December 15, 2014.  Numerous motions to compel are pending.

///

///

///

///

1

On December 31, 2014, Plaintiff filed a motion to withdraw his November 21, 2014, motion to compel filed against Defendants Lambert and Espinosa.   However, the Court issued a decision on the motion on December 29, 2014.  Accordingly, Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **January 5, 2015**                              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE