UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>        Plaintiff,<br><br>    v.<br><br>GIPSON, et al.,<br><br>        Defendants. | Case No.: 1:13cv00919 LJO DLB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>(Document 129) |

    Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

    Discovery closed on December 15, 2014. Numerous motions to compel are pending.

    On December 8, 2014, Plaintiff filed a motion for a Court-ordered settlement.

    The Court ordered Defendants to respond to the motion. On December 23, 2014, Defendants indicated that while they intend to move for summary judgment and do not anticipate making a

1

substantive settlement offer, the case may be settled for a nominal amount.  Defendants suggested that Plaintiff provide them directly with a settlement demand.

Accordingly, the Court GRANTS Plaintiff's motion IN PART.  Plaintiff SHALL provide a settlement demand, directly to Defendants' counsel, within twenty-one (21) days of the date of service of this order.  The demand should not be filed with the Court.  Defendants SHALL respond to the demand within fourteen days (14) of receipt.

IT IS SO ORDERED.

Dated:   **January 5, 2015**                             /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE