UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>          Plaintiff,<br><br>     v.<br><br>GIPSON, et al.,<br><br>          Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL EXHIBITS TO MOTION TO COMPEL<br><br>(Document 139) |

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment. The First Amended Complaint is sealed.

Discovery closed on December 15, 2014. Numerous motions to compel are pending.

On December 24, 2014, Plaintiff filed a request to seal a motion to compel based on information contained in the attached exhibits. <u>Plaintiff's argument relates only to the exhibits, and the Court therefore construes the request as a request to seal the exhibits</u>.

///

1

Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). Here, Plaintiff contends that the exhibits to the motion to compel include information deemed confidential by CDCR, and reference his sealed First Amended Complaint.

The Court has reviewed the exhibits at issue and finds that they contain the names of other inmates. In an abundance of caution, the Court GRANTS Plaintiff's motion and ORDERS that the exhibits to the motion to compel be filed under seal.[1]

IT IS SO ORDERED.

Dated:   **January 6, 2015**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The exhibits should be sealed in a way that permits opposing counsel to view them.