1

2

3

4

5

6

7

8         **UNITED STATES DISTRICT COURT**

9         **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   DAVID ESTRADA, | )   Case No.: 1:13cv00919 LJO DLB (PC) |
| | ) |
| 12         Plaintiff, | ) |
| | ) |
| 13     v. | )   ORDER DENYING PLAINTIFF'S |
| | )   MOTION TO COMPEL |
| 14   GIPSON, et al., | ) |
| | )   (Document 145) |
| 15         Defendants. | ) |
| | ) |

16 _____

17       Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

18 in this civil rights action.  Plaintiff filed his First Amended Complaint on August 7, 2013.  Pursuant to

19 the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims,

20 this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the

21 First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the

22 Eighth Amendment.

23       Discovery closed on December 15, 2014.

24       On December 24, 2014, Plaintiff filed a motion to compel third-parties E. Medina and G.

25 Hopkins to respond to discovery.  The motion is sealed.[1]

26

27 _____

28 [1] Although the motion is sealed, the Court finds no reason to seal the instant order.

Defendants did not file an opposition and the Court deems the matter suitable for decision pursuant to Local Rule 230(l).

### DISCUSSION

Plaintiff moves to compel Correctional Lieutenant G. Hopkins and Sergeant E. Medina to respond to requests for production of documents.  According to his attachments, Plaintiff served the discovery on October 23, 2014, and November5 3, 2014.

Federal Rule of Civil Procedure 34 provides that "[a] party may serve on any other party" requests for production of documents.  Therefore, requests for production of documents, as well as other forms of discovery, are limited to the parties in an action.  Lt. Hopkins and Sgt. Medina *are not parties to this action* and Plaintiff cannot serve them with discovery under Rule 34.  The Court therefore cannot compel them to provide responses.

Accordingly, Plaintiff's motion to compel non-parties to respond to his discovery requests is DENIED.

IT IS SO ORDERED.

Dated:   __**January 21, 2015**__            _____ /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE

2