IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ESTRADA,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**D. TASSEY, et al.,**<br><br>                              Defendants. | Case No. 1:13-CV-00919 LJO (DLB)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS<br><br>(Document 163) |

It is hereby **ORDERED** that Defendants' Request to Seal Documents is granted. Defendants' Motion for Summary Judgment, and all attachments, shall be filed under seal and access shall be granted only to the parties and their counsel of record.

IT IS SO ORDERED.

   Dated:  **February 13, 2015**                    /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE