UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TASSEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13cv00919 DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM<br><br>(Document 167) |

　　　　Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

　　　　Pursuant to the July 17, 2014, Discovery and Scheduling Order, discovery closed on December 15, 2014.

///

///

///

1

1
2
3
4   Plaintiff has filed numerous untimely requests for subpoenas duces tecum.  On February 13, 2015, he filed yet another request.  As has been repeatedly explained to Plaintiff, his requests are untimely because discovery closed on December 15, 2014.

Accordingly, his request is DENIED.

5
6   IT IS SO ORDERED.

7
8   Dated:   **February 18, 2015**                    /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2