UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA, | ) Case No.: 1:13cv00919 DLB (PC) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S |
| v. | ) MOTION FOR SANCTIONS |
| TASSEY, et al., | ) (Document 156) |
| Defendants. | ) |

 Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his First Amended Complaint on August 7, 2013. Pursuant to the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims, this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the Eighth Amendment.

 Pursuant to the July 17, 2014, Discovery and Scheduling Order, discovery closed on December 15, 2014.

1

On January 29, 2015, Plaintiff filed a motion for sanctions, contending that Defendants had failed to provide responses as ordered by the Court on December 29, 2014.[1]

Although Defendants did not oppose the motion, Plaintiff stated in a subsequent motion that he received Defendants' supplemental responses on February 6, 2015.

Plaintiff's motion is therefore moot and is DENIED.

IT IS SO ORDERED.

Dated: **March 3, 2015**             /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff indicates that the date of the Court's order regarding his motion to compel was December 25, 2014. However, although the order was signed on December 25, 2014, it was not docketed until December 29, 2014. Therefore, Defendants' time for compliance with the order did not begin to run until December 29, 2014, when they received notice of the order through CM/ECF. Local Rule 135(a).