1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA
10

11 | DAVID ESTRADA,                      ) Case No.: 1:13cv00919 DLB (PC)
12 |                                     )
   |              Plaintiff,             ) ORDER GRANTING PLAINTIFF'S
13 |                                     ) REQUEST TO SEAL OPPOSITION TO MOTION
   |         v.                          ) FOR SUMMARY JUDGMENT
14 | GIPSON, et al.,                     )
   |                                     ) (Document 180)
15 |              Defendants.            )
   |                                     )
16 |                                     )

17    Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis
18 in this civil rights action.  Plaintiff filed his First Amended Complaint on August 7, 2013.  Pursuant to
19 the Court's screening order and Plaintiff's notice of willingness to proceed on the cognizable claims,
20 this action is proceeding against (1) Defendants Gipson and Espinosa for retaliation in violation of the
21 First Amendment; and (2) Defendants Gipson, Espinosa, Lambert and Cavazos for violation of the
22 Eighth Amendment.  The First Amended Complaint is sealed.
23    Discovery closed on December 15, 2014.  Defendants' February 13, 2015, motion for
24 summary judgment is pending.  The motion is sealed.
25    On March 13, 2015, Plaintiff filed a request to seal his opposition to the motion for summary
26 judgment.
27
28

Filings in cases such as this are a matter of public record absent compelling justification. <u>United States v. Stoterau</u>, 524 F.3d 988, 1012 (9th Cir. 2008).  As Defendants' motion is filed under seal, the Court finds justification to seal the opposition.

Accordingly, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Dated:   **March 17, 2015**                              /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE