# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>                Plaintiff,<br><br>        vs.<br><br>GIPSON, et al.,<br><br>                Defendants. | 1:13cv00919 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS<br><br>(Document 199) |

Plaintiff David Estrada ("Plaintiff") is a state prisoner proceeding pro se and in forma Pauperis in this this civil action.  Plaintiff appealed this Court's grant of summary judgment on November 4, 2015.

On November 30, 2015, Plaintiff filed a motion requesting that "a transcript of the entire record at Government's expense be forwarded" to the Ninth Circuit.  ECF No. 199, at 2.

A litigant who has been granted in forma pauperis status may move to have transcripts produced at government expense.  See 28 U.S.C. § 753(f); McKinney v. Anderson, 924 F.2d 1500, 1511-12 (9th Cir.1991) (subsequent history omitted).

The Court need not analyze the issue further, however.  This action did not proceed to trial, and therefore there are no transcripts that could be prepared.

Moreover, Plaintiff is notified that the appellate court has access to the Court's file in this case, and will request any necessary documents that are in the record directly from this Court.

Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

Dated:   **December 3, 2015**                              /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE